## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

CASE NO. 25-MJ-90102-01-BGS

VS.

JAYLAN RODRIGUEZ

## INFORMATION

The United States Attorney charges that:

### COUNT 1

On or about June 5, 2025, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, JAYLAN RODRIGUEZ did forcibly assault, resist, oppose, impede, intimidate, or interfere with a person designated as an officer or employee of the United States or of any agency in any branch of the United States Government (including any member of the Uniformed Services) while such officer or employee is engaged in or on account of the performance of official duties, in violation of Title 18, United States Code, Section 111(a)(1). **(Assaulting, Resisting, or Impeding Certain Officers or Employees) (Class A Misdemeanor)**

### COUNT 2

On or about June 5, 2025, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, JAYLAN RODRIGUEZ did unlawfully operate or attempt to operate a motor vehicle while the alcohol concentration within his blood or breath, as measured within three hours of the time of operating or attempting to operate a vehicle, was .08 or more, in violation of Title 18, United States Code, Section 13, and K.S.A. 8-1567(a)(2); or in the alternative, JAYLAN RODRIGUEZ did unlawfully operate or attempt to operate a motor vehicle while under the influence of alcohol to a degree that rendered him incapable of safely driving a vehicle, in violation of Title 18, United States Code, Section 13, and K.S.A. 8-1567(a)(3). **(DUI) (Class B Misdemeanor)**

### COUNT 3

On or about June 5, 2025, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, JAYLAN RODRIGUEZ a person under the age of 21 years of age did, without authority, possess, consume, or obtain alcoholic liquor or cereal malt beverage, in violation of Title 18, United States Code, Section 13, and K.S.A. 41-727(a) **(Possession of alcohol by minor) (Class C Misdemeanor)**

DUSTON J. SLINKARD
Acting United States Attorney
District of Kansas

CHRISTINE M.T. LADNER
Special Assistant U.S. Attorney
Kansas Bar Number #12414
Office of the Staff Judge Advocate
216 Custer Avenue
Fort Riley, KS  66442
Telephone: (785) 239-6392
christine.m.ladner.civ@army.mil

The court has reviewed the documentation attached hereto, and finds probable cause for the issuance of a warrant or summons if required.

Filed     8/4/2025

HONORABLE BROOKS G. SEVERSON
U.S. Magistrate Judge