IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

VS.

JAYLAN RODRIGUEZ

CASE NO: 25-MJ-90102-BGS

## MOTION TO DISMISS WITH PREJUDICE

The UNITED STATES OF AMERICA, by and through CHRISTINE M. T. LADNER, Special Assistant United States Attorney, for the District of Kansas, hereby moves this court to dismiss the above-captioned case with prejudice towards its refiling. The defendant is deceased. Defense has no objections.

RYAN A. KRIEGSHAUSER
United States Attorney
District of Kansas

CHRISTINE M. T. LADNER
Kansas Bar Number 12414
Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
216 Custer Avenue
Fort Riley, KS 66442
Telephone: (785) 239-6392
Fax: (785) 239-0575
christine.m.ladner.civ@army.mil